FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 29 PM 4: 21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARCUS T. ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3760** |
| **MARLIN GUSMAN, SHERIFF AND SPECIAL INVESTIGATION DEPARTMENT (SID), TIER DEPUTIES** | **SECTION "N"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Marcus T. Robinson's claims brought pursuant to Title 42 U.S.C. § 1983 against Orleans Parish Criminal Sheriff Marlin Gusman, the Special Investigation Department, and the unidentified deputies, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

**IT IS FURTHER ORDERED** that Robinson's claims brought pursuant to the Louisiana Constitution and state law are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this 29th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE